UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:11-cr-0036 (L/F) |
| | ) | |
| FARON HAYCOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Faron Haycock's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. For 180 days, defendant will be subject to electronic monitoring, in accordance with the rules and regulations as set by the U. S. Parole and Probation Office for the Southern District of Indiana. During the 180 days under electronic monitoring, Mr. Haycock will be at his residence unless he is engaged in his employment, attending church services, seeking or receiving medical treatment, or as specifically engaged in any other activity approved by his supervising U. S. Parole and Probation Officer.

2. Upon conclusion of his electronic monitoring, defendant's supervised release shall continue otherwise as previously imposed by the District Court.

SO ORDERED this 19th day of May, 2011.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Juval Scott,
Office of the Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service